In the Matter of the Application of GERTRUDE MASON for an Order Directing ABRAHAM C. COHEN, an Attorney and Counselor at Law, to Turn over to Her the Sum of $1,285 Pursuant to His Agreement.— Motion to dismiss appeal granted, with ten dollars costs, unless the appellant procure the record on appeal to be filed with notice of argument so that the appeal can be argued or submitted on the 22d day of January, 1932. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

E. H. GOLDSTEIN, INC., v. "JOHN" T. COSMAN, the Name "John" Being Fictitious, etc.— Application denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

HENRY MENKE v. JEAN AUBERT MORRIS.— Motion granted in so far as to stay entry of judgment pending determination by this court of appeal. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of the Application of JAMES E. CASHION against CHARLES A. HARNETT, Commissioner of Motor Vehicles of the State of New York.— Preference granted for January 5, 1932. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. SAM CYMBAL and ABRAHAM BIEDERMAN.— Motion granted on condition that defendant Abraham Biederman surrender himself in execution of the judgment of conviction. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

ACME TEXTILES, INC. v. LIBERTY LACE & NETTING WORKS, INC.— Motion denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

120 FIFTH AVENUE CORPORATION v. THE J. L. MOTT IRON WORKS.— Motion granted on condition that the appeal be argued or submitted on or before January 22, 1932. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. BERNARD K. MARCUS, SAUL SINGER and HERBERT SINGER, Impleaded, etc.— Motion granted, and the time of appellants in which to file the record on appeal and appellants' points extended to January 4, 1932, with notice of argument for January 19, 1932. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. JAMES M. LLOYD, MICHAEL HIGGINS, JAMES GILLIGAN and JOHN McCREEL.— Motion granted in so far as to extend the time of the appellants in which to file the record on appeal and appellants' points to and including February 1, 1932, with notice of argument for February 15, 1932. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

JOHN COHALAN v. GENERAL PICKLING AND FOOD PRODUCTS CORPORATION.— Motion denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

RALEIGH W. DODSON v. JOSEPH C. HANDSHOE, Interpleaded and Substituted as Defendant in the Place and Stead of MUTUAL LIFE INSURANCE COMPANY OF NEW YORK.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant serve the proposed case on appeal on or before January 9, 1932, and that the appeal be promptly prosecuted. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.